IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT R. MARCUM AND KERSTIN MARCUM,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COLUMBIA GAS TRANSMISSION, LLC.,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br>NO. 19-3873 |

**O R D E R**

**AND NOW**, this 28th day of February, 2023, upon consideration of Defendant Columbia Gas Transmission, LLC's Renewed Motion for Judgment as a Matter of Law (ECF Nos. 224 & 233) and Motion for a New Trial or, in the Alternative, for Remittitur (ECF Nos. 225 & 234), and Plaintiffs' Responses in Opposition thereto (ECF Nos. 229 & 231), **IT IS HEREBY ORDERED** that Defendant's Motions are **DENIED**.

The Clerk of Court is instructed to **TERMINATE** this matter.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　/S/WENDY BEETLESTONE, J.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**